**Order filed June 14, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00342-CV
_____

### AHMAD YAZDCHI AND ALI YAZDCHI, Appellants

### V.

### SANDRA G. O'CONNOR, Appellee

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 499,220**

---

# O R D E R

The notice of appeal in this case was filed May 9, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant, **Ahmad Yazdchi**, is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant, **Ahmad Yazdchi**, is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within **ten (10) days** of the date of

this order. If appellant fails to do so, appellant, **Ahmad Yazdchi**, is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.